THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 31, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Marie Ellis, | Chapter 13 Bankruptcy |
|---|---|
| Debtor | Case No. 14-32108-gmh |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES
ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtor shall pay to the Office of the Chapter 13 Trustee one-half of the net 2014 tax refunds received by the Debtor, if any, or file an amended plan to provide for those refunds, on or before April 22, 2016.

3. Should the Debtor fail to pay one-half of the net refunds to the Trustee for the year(s) 2014, or file an amended plan to provide for those refunds, on or before April 22, 2016, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344